DOMINICK MENDOLA, Appellant, v. TRANSRADIO PRESS SERVICE, INCORPORATED, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of IRVING WOLFSON, Respondent, for an Order against MICHAEL J. CRUISE, City Clerk of the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [172 Misc. 577.]

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, First Avenue, East 125th Street and Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site by the Triborough Bridge Authority for an Additional Approach to the Triborough Bridge, and Approved by the Board of Estimate and Apportionment According to Law. THE CITY OF NEW YORK, Respondent; F. J. KERNER COAL CO., INC., and Another, Claimants, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAMES GALLAGHER, Individually and as President of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewers and Cofferdam Construction Workers Local Union No. 147, and Others, Appellants, v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers' Building and Common Laborers' Union of America, and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting an examination as to items 3, 5, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25 and 26, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ADRIANA CASELOTTI, Respondent, v. WALT DISNEY PRODUCTIONS, LTD., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELISE ELAINE WEISBECKER, Respondent, v. CHARLES WEISBECKER, Appellant. — Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements to the respondent, without prejudice, however, to an application to reduce alimony by the sum of $1,500 in view of the fact that one of the sons became of age on October 29, 1939. No opinion. Present — O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to modify the order appealed from by reducing the allowance from $6,500 to $5,000.

In the Matter of the Application of MAX B. KRONE, Appellant, for an Order against JOSEPH A. CANAVAN, as Chairman of the New York State Board of Parole, and Others, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.